COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No. 01–12-00652-CR; *Jowel Singleton v. The State of Texas*
On Appeal from the 412th District Court of Brazoria County, Texas
Trial Court Cause No. 66948

The Brazoria County District Clerk, or the court reporter if the exhibit is still in his or her possession, is directed to send the original of State's exhibit number 1, a DVD, to this Court. The Clerk of this Court is directed to cooperate with the district clerk and/or the court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP. P. 34.6(g)(2).

The exhibit is due in this Court no later than February 20, 2013.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
☑ Acting individually ☐ Acting for the Court

Panel consists of _____

Date: February 8, 2013

Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**: Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).